**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                            **PLAINTIFF**

**VS.**                  **NO. 4:16-CR-00160-02-JM**

**DEONTE POWELL**                                             **DEFENDANT**

**ORDER**

On July 12, 2016, Attorney Misty Borkowski was appointed by the Court pursuant to the Criminal Justice Act ("CJA") to represent Defendant Deonte Powell, following the filing of an Indictment and in anticipation of Mr. Powell's appearance for plea and arraignment.

The Court has learned that Mr. Powell has retained attorney Bobby R. Digby to represent him. Accordingly, Ms. Borkowski is relieved of representation of Mr. Powell.

IT IS SO ORDERED this 15th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE